# Nos. 16-2539, 16-2563

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**CISCO SYSTEMS, INC.**

                          Appellant,

v.

**INTERNATIONAL TRADE COMMISSION,**

                          Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ARISTA NETWORKS, INC.**

                          Appellant,

v.

**INTERNATIONAL TRADE COMMISSION,**

                          Appellee.

Appeal from the United States International Trade Commission,
Investigation No. 337-TA-944

**JOINT RESPONSE TO SEPTEMBER 27, 2017 ORDER TO SHOW CAUSE**

Pursuant to this Court's September 27, 2017 Order To Show Cause, Appellant Arista Networks, Inc., Appellant Cisco Systems, Inc., and Appellee the International Trade Commission hereby inform the Court that the Opinion dated September 27, 2017 contains no information that the parties contend should be redacted.

Dated: October 11, 2017

/s/ *John C. O'Quinn*             .

Steven Cherny
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

Adam R. Alper
Michael W. De Vries
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400

John C. O'Quinn
Dennis J. Abdelnour
Jason M. Wilcox
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
john.oquinn@kirkland.com

Paul R. Bartkowski
ADDUCI, MASTRIANI &
SCHAUMBERG, LLP
Twelfth Floor

Respectfully submitted,

/s/ *Lauren A. Degnan*

Ruffin B. Cordell
Michael J. McKeon
Lauren A. Degnan
Linhong Zhang
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
degnan@fr.com

Brian P. Boyd
FISH & RICHARDSON P.C.
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

*Counsel for Appellant Arista Networks, Inc.*

/s/ *Amanda P. Fisherow*

Dominic L. Bianchi
Wayne W. Herrington
Amanda P. Fisherow
Office of the General Counsel
U.S. International Trade Commission

1133 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 407-8642

*Counsel for Appellant Cisco Systems, Inc.*

500 E Street, SW, Suite 707
Washington, DC  20436
Telephone: (202) 205-2737
amanda.fisherow@usitc.gov

*Counsel for Appellee the International Trade Commission*

3

## CERTIFICATE OF SERVICE

I certify that on October 11, 2017, I caused to be electronically filed the foregoing JOINT RESPONSE TO SEPTEMBER 27, 2017 ORDER TO SHOW CAUSE using the Court's CM/ECF filing system.  Counsel for all other parties were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

                                                By: /s/ Lauren A. Degnan
                                                    Lauren A. Degnan